JOHN BARDES et al., Respondents, *v.* MARTIN HERMAN, Appellant.

*Bardes* v. *Herman*, 144 App. Div. 772, affirmed.
(Argued December 18, 1912; decided March 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 12, 1911, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to compel the specific performance of a contract to purchase land.

*Selden Bacon* and *Saul S. Myers* for appellant.

*William Allaire Shortt* for respondents.

Judgment affirmed, with costs, on opinion of BURR, J., below.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.